UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. v. Roth Basnight                                                                                                         Docket No. 2:10-CR-44-1BO

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roth Basnight, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent To Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 1, 2011, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years under the standard conditions adopted by the court.

Roth Basnight was released from custody on November 25, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on February 5, 2015, was submitted for laboratory analysis and yielded a positive result for cocaine on February 10, 2015. On March 4, 2015, when confronted about the positive urinalysis, the defendant admitted to using cocaine base (crack) two days prior to February 5, 2015. He also admitted to using cocaine base on March 3, 2015, and since the end of December 2014. As a sanction for these violations, we are recommending that the defendant be required to serve two days incarceration in the Bureau of Prisons and obtain a substance abuse assessment and comply with recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Lakesha H. Wright |
| Dwayne K. Benfield | Lakesha H. Wright |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2348 |

Roth Basnight
Docket No. 2:10-CR-44-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____6____ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge