UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. v. Roth Basnight**  Docket No. 2:10-CR-44-1BO

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roth Basnight, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 1, 2011, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years under the standard conditions adopted by the court.

Roth Basnight was released from custody on November 25, 2011, at which time the term of supervised release commenced.

On March 3, 2015, a Petition for Action was submitted to the court advising that a urine specimen collected from the defendant on February 5, 2015, tested positive for cocaine. The court was also notified that the defendant admitted to using cocaine on March 3, 2015, and since the end of December 2014. As a result of the violations, the defendant was ordered to complete a 2-day jail sanction and participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on May 7, 2015, was determined by the national laboratory to be positive for cocaine. On May 22, 2015, the defendant signed a statement admitting that he used cocaine base on May 3, 2015. Basnight also admitted that subsequent to the urinalysis collected on May 7, 2015, he used cocaine base on May 9, 2015; May 13, 2015; and May 15, 2015. As a sanction for these violations, we are recommending that the defendant be required to serve five days incarceration in the Bureau of Prisons and that he be allowed to continue his participation in outpatient substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Roth Basnight
Docket No. 2:10-CR-44-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: June 1, 2015

## ORDER OF THE COURT

Considered and ordered this ____4____ day of ____June____, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge